| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Carman, Mark L. | 2. Court or Organization Wyoming District Court, Yellowstone National Park | 3. Date of Report 11/09/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge; Full Time | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial    ☑ Annual    ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

Yellowstone Judicial Center
P.O. Box 387
Yellowstone National Park, WY 82190

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Trust # 2 |
| 3. Trustee | Trust # 3 |
| 4. Trustee | Trust # 4 |
| 5. President | Ronald McDonald Charities of Montana |
| 6. President | Carman Law Office, P.C. |
| 7. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SalemFive | Loan on airplane | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. -Schwab Money Market | A | Interest | J | T | | | | | |
| 3. -3M Company | A | Dividend | K | T | Sold (part) | 10/22/14 | J | B | |
| 4. -Abbott Laboratories | A | Dividend | J | T | | | | | |
| 5. -Abbvie Inc | A | Dividend | J | T | | | | | |
| 6. -Agilent Technologies Inc | A | Dividend | J | T | Buy | 2/12/14 | J | | |
| 7. | | | | | Buy (add'l) | 3/5/2014 | J | | |
| 8. -Air Products & Chemicals Inc | A | Dividend | J | T | Sold (part) | 5/2/2014 | J | B | |
| 9. -American Express Company | A | Dividend | K | T | Sold (part) | 3/19/14 | J | D | |
| 10. -Apple Inc | A | Dividend | K | T | | | | | |
| 11. -AT&T Inc | A | Dividend | J | T | | | | | |
| 12. -Applied Materials Inc | A | Dividend | J | T | Buy | 2/26/14 | J | | |
| 13. | | | | | Buy (add'l) | 3/13/14 | J | | |
| 14. -Auto Data Processing | A | Dividend | J | T | | | | | |
| 15. -Baxter International Inc | A | Dividend | | | Sold (part) | 1/22/14 | J | A | |
| 16. | | | | | Sold | 2/26/14 | J | B | |
| 17. -Blackrock Inc | | None | K | T | Buy | 5/6/2014 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Borg Warner Inc | A | Dividend | | | Sold (part) | 8/22/14 | J | B | |
| 19. | | | | | Sold (part) | 9/15/14 | J | B | |
| 20. | | | | | Sold | 9/30/14 | J | B | |
| 21.  -CDK Global Inc. | A | Dividend | | | Sold | 10/17/14 | J | A | |
| 22.  -Coca Cola Company | A | Dividend | J | T | | | | | |
| 23.  -Danaher Corp | A | Dividend | J | T | Sold (part) | 6/23/14 | J | D | |
| 24.  -EMC Corp | A | Dividend | J | T | | | | | |
| 25.  -Equifax Inc | A | Dividend | J | T | Sold (part) | 4/7/2014 | J | C | |
| 26. | | | | | Sold (part) | 8/28/14 | J | B | |
| 27.  -Express Scripts Holding Company | | None | K | T | Sold (part) | 4/30/14 | J | A | |
| 28.  -Exxon Mobil Corporation | A | Dividend | K | T | Sold (part) | 11/3/14 | J | A | |
| 29.  -Ford Motor Co | A | Dividend | | | Sold | 12/8/14 | J | A | |
| 30.  -Franklin Resources | A | Dividend | | | Sold | 5/6/14 | J | C | |
| 31.  -General Dynamics Corp | A | Dividend | J | T | | | | | |
| 32.  -Google Inc | A | Dividend | K | T | Sold (part) | 6/11/14 | J | B | |
| 33. | | | | | Sold (part) | 11/14/14 | J | B | |
| 34.  -Guggenheim ETF | A | Dividend | K | T | Buy | 11/25/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    -Halyard Health | A | Dividend | J | T | | | | | |
| 36.    -Home Depot Inc | A | Dividend | J | T | Sold (part) | 5/14/14 | J | B | |
| 37.    -International Business Machines | A | Dividend | J | T | Sold (part) | 1/21/14 | J | A | |
| 38. | | | | | Sold (part) | 3/21/14 | J | B | |
| 39. | | | | | Sold (part) | 10/22/14 | J | A | |
| 40.    -IQ Hedge Multi Strt ETF | A | Dividend | L | T | Buy | 3/19/14 | J | | |
| 41. | | | | | Buy (add'l) | 4/15/14 | K | | |
| 42. | | | | | Buy (add'l) | 7/17/14 | J | | |
| 43.    -JP Morgan Chase & Co | A | Dividend | | | Sold (part) | 5/15/14 | J | B | |
| 44. | | | | | Sold | 7/1/14 | J | C | |
| 45.    -Juniper Networks Inc | | | | | | | | | |
| 46.    -Keysight Technologies | A | Dividend | J | T | Spinoff (from line 6) | 10/22/14 | J | | |
| 47.    -Kimberly#Clark Corp | A | Dividend | J | T | Sold (part) | 9/10/14 | J | A | |
| 48.    -McDonalds Corp | | None | | | Sold | 2/12/14 | J | C | |
| 49.    -Microsoft Corp | A | Dividend | J | T | Sold (part) | 4/24/14 | J | A | |
| 50.    -NASDAQ OMX Group Inc | A | Dividend | K | T | | | | | |
| 51.    -Nike Inc Class B | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Norfolk Southern Corp | A | Dividend | J | T | | | | | |
| 53. -Omnicom Group Inc | A | Dividend | K | T | | | | | |
| 54. -Procter & Gamble Co | A | Dividend | | | Sold | 7/1/14 | J | C | |
| 55. -Schlumberger LTD | A | Dividend | J | T | Sold (part) | 10/27/14 | J | A | |
| 56. -Schwab US Treas Money FD | | None | M | T | Buy | 12/31/14 | M | | |
| 57. -Sector SPDR Consumer FD Shares of Beneficial Int (XLY) | A | Dividend | J | T | Buy | 9/30/14 | J | | |
| 58. -Sherwin Williams Co | A | Dividend | J | T | Sold (part) | 1/29/14 | J | B | |
| 59. | | | | | Sold (part) | 8/26/14 | J | B | |
| 60. -Snap#On Inc | A | Dividend | J | T | | | | | |
| 61. -Stryker Corp | A | Dividend | K | T | | | | | |
| 62. -United Parcel Service Inc | A | Dividend | J | T | | | | | |
| 63. -Wal#Mart Stores Inc | A | Dividend | J | T | Sold (part) | 3/11/14 | J | A | |
| 64. -Wells Fargo & Co | A | Dividend | K | T | | | | | |
| 65. -Wyndham Worldwide Corp | | None | J | T | Buy | 12/8/14 | J | | |
| 66. -iShares S&P MidCap 400 Growth Index (IJK) | A | Dividend | L | T | Sold (part) | 6/23/14 | J | C | |
| 67. -iShares MSCI ACWI ETF (ACWI) | A | Dividend | K | T | Buy | 7/17/14 | J | | |
| 68. | | | | | Buy (add'l) | 12/16/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L.. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -SPDR S&P MidCap 400 (MDY) | A | Dividend | J | T | Sold (part) | 2/3/14 | J | B | |
| 70. | | | | | Sold (part) | 6/23/14 | J | A | |
| 71.  -iShares MSCI Canada Index (EWC) | A | Dividend | J | T | Sold (part) | 7/1/14 | J | C | |
| 72. | | | | | Buy (add'l) | 8/4/14 | J | | |
| 73.  -iShares MSCI EMU Index (EZU) | A | Dividend | J | T | Buy | 1/15/14 | J | | |
| 74. | | | | | Buy | 4/11/14 | J | | |
| 75. | | | | | Buy | 7/17/14 | K | | |
| 76. | | | | | Buy | 9/24/14 | K | | |
| 77.  -iShares MSCI Germany Index | A | Dividend | | | Buy (add'l) | 7/17/14 | J | | |
| 78. | | | | | Sold | 9/24/14 | J | A | |
| 79.  -iShares MSCI Pacific ex#Japan Index (EPP) | B | Dividend | K | T | | | | | |
| 80.  -iShares MSCI United Kingdom Index (EWU) | A | Dividend | K | T | Buy (add'l) | 6/9/14 | K | | |
| 81.  -Vanguard FTSE All Wld Ex USSml Cap (VSS) | A | Dividend | K | T | Buy (add'l) | 7/17/14 | J | | |
| 82.  -Driehaus Emerging Markets Growth (DREGX) | A | Dividend | L | T | | | | | |
| 83.  -Powershares DWA Emer Mkts Technical Ldrs | | None | | | Sold | 7/1/14 | J | A | |
| 84.  -Vanguard Emerging Market (VWO) | A | Dividend | K | T | | | | | |
| 85.  -Vanguard Interm#Term Tax Ex Adm (VWIUX) | A | Dividend | M | T | Buy (add'l) | 1/31/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 2/28/14 | J | | |
| 87. | | | | | Buy (add'l) | 3/31/14 | J | | |
| 88. | | | | | Buy (add'l) | 4/30/14 | J | | |
| 89. | | | | | Buy (add'l) | 5/30/14 | J | | |
| 90. | | | | | Buy (add'l) | 6/30/14 | J | | |
| 91. | | | | | Buy (add'l) | 7/31/14 | J | | |
| 92. | | | | | Buy (add'l) | 8/29/14 | J | | |
| 93. | | | | | Buy (add'l) | 9/30/14 | J | | |
| 94. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 95. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 96. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 97. | | | | | Sold (part) | 4/21/14 | J | A | |
| 98. | | | | | Buy (add'l) | 7/17/14 | J | | |
| 99. | | | | | Sold (part) | 9/22/14 | J | A | |
| 100. | | | | | Sold (part) | 10/2/14 | J | B | |
| 101. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 102.  -Vanguard Ltd#Term Tax Ex Adm (VMLUX) | A | Dividend | L | T | Buy (add'l) | 1/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 2/28/14 | J | | |
| 104. | | | | | Buy (add'l) | 3/31/14 | J | | |
| 105. | | | | | Buy (add'l) | 4/30/14 | J | | |
| 106. | | | | | Buy (add'l) | 5/30/14 | J | | |
| 107. | | | | | Buy (add'l) | 6/30/14 | J | | |
| 108. | | | | | Buy (add'l) | 7/31/14 | J | | |
| 109. | | | | | Buy (add'l) | 8/29/14 | J | | |
| 110. | | | | | Buy (add'l) | 9/30/14 | J | | |
| 111. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 112. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 113. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 114. | | | | | Buy (add'l) | 10/2/14 | K | | |
| 115. -PowerShares DB Commodity Index Tracking Fund | | None | | | Sold | 4/11/14 | J | B | |
| 116. -Vanguard REIT Index ETF (VNQ) | A | Dividend | L | T | | | | | |
| 117. New York Life SEP Premium Plus Elite Variable Annuity | | | | | | | | | |
| 118. -MainStay VP Int'l Equity | A | Int./Div. | K | T | | | | | |
| 119. -MainStay VP Hi Yd BD | C | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Fidelity Contrafund | D | Int./Div. | L | T | | | | | |
| 121. -Fidelity VIP Mid Cap SC2 | D | Int./Div. | L | T | | | | | |
| 122. -MainStay VP U.S. Small Cap | D | Int./Div. | L | T | | | | | |
| 123. -MainStay Mid Cap Core | B | Int./Div. | L | T | | | | | |
| 124. -MainStay VP MFS Utilities | C | Int./Div. | K | T | | | | | |
| 125. Thrivent Municipal Cond Fund-A | C | Int./Div. | L | T | | | | | |
| 126. Thrivent Diversified Income Plus Fund A | A | Dividend | J | T | | | | | |
| 127. Templeton Global Advisors Limited | A | Dividend | K | T | | | | | |
| 128. Templeton Investment Counsel LLC | A | Dividend | K | T | | | | | |
| 129. Pacific Life Insurance Whole Life Policy | A | Interest | J | T | | | | | |
| 130. Brokerage Acct #2 | | | | | | | | | |
| 131. -American FD Capital World Growth | B | Dividend | | | Sold (part) | 1/9/14 | J | B | |
| 132. | | | | | Sold (part) | 2/4/14 | J | B | |
| 133. | | | | | Sold (part) | 2/24/14 | J | B | |
| 134. | | | | | Sold | 4/21/14 | K | C | |
| 135. -Northern Calif Pwr Bond | A | Interest | J | T | | | | | |
| 136. -Berkshire Hathaway | | None | L | T | Sold (part) | 5/6/14 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Schwab Cash | A | Interest | J | T | | | | | |
| 138. IRA #1 | | | | | | | | | |
| 139. -Microsoft | A | Dividend | J | T | | | | | |
| 140. -Schwab Money Market | A | Interest | J | T | | | | | |
| 141. IRA # 2 | | | | | | | | | |
| 142. -Schwab Money Market | A | Interest | L | T | | | | | |
| 143. --iShares Barclays 1#3 Year Credit Bond (CSJ) | A | Interest | | | Sold | 4/10/14 | J | A | |
| 144. -iShares Barclays Aggregate Bond (AGG) | A | Interest | J | T | | | | | |
| 145. -iShares S&P 500 Citigroup Value Index | A | Dividend | J | T | Sold (part) | 1/9/14 | J | A | |
| 146. | | | | | Buy (add'l) | 4/10/14 | J | | |
| 147. | | | | | Sold (part) | 10/9/14 | J | A | |
| 148. | | | | | Sold (part) | 10/14/14 | J | A | |
| 149. -iShares S&P 500 Growth Index | A | Dividend | K | T | Sold (part) | 4/10/14 | J | A | |
| 150. -iShares S&P MidCap 400 Growth Index | A | Dividend | J | T | | | | | |
| 151. -SPDR S&P MidCap 400 | A | Dividend | J | T | | | | | |
| 152. -iShares S&P SmallCap 600 Citigroup Growth In | A | Dividend | J | T | | | | | |
| 153. -Vanguard FTSE All Wld Ex USSml Cap | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -iShares MSCI Pacific ex#Japan Index | A | Dividend | J | T | | | | | |
| 155. -Vanguard European Stock | A | Dividend | J | T | | | | | |
| 156. -Vanguard Emerging Market | A | Dividend | J | T | | | | | |
| 157. -Vanguard Corp Bond ETF | A | Dividend | J | T | Buy | 4/10/14 | J | | |
| 158. -PowerShares DB -Commodity Index Tracking Fund | A | Dividend | | | Sold | 4/10/14 | J | A | |
| 159. -Vanguard REIT Index ETF | A | Dividend | J | T | | | | | |
| 160. -Vanguard FTSE FTSE Europe ETF | | None | J | T | Buy | 4/10/14 | J | | |
| 161. | | | | | Buy (add'l) | 10/9/14 | J | | |
| 162. -IQ Hedge Multi-Stratgy Tracker | A | Dividend | J | T | Buy (add'l) | 4/10/14 | J | | |
| 163. -iShares S&P SmallCap Core S&P | A | Dividend | J | T | | | | | |
| 164. -Schwab US Treas Money Fund | | None | J | T | Buy | 12/31/14 | J | | |
| 165. Trust #1 | | | | | | | | | |
| 166. -Schwab Money Market | A | Interest | J | T | | | | | |
| 167. -iShares Barclays Intermediate Credit Bond | A | Interest | | | Sold | 4/15/14 | J | A | |
| 168. -iShares Barclays 1#3 Year Credit Bond | A | Interest | | | Sold | 4/15/14 | J | A | |
| 169. -iShares Core Total US Bond | A | Interest | | | Sold | 4/15/14 | J | A | |
| 170. -iShares S&P 500 Value Index | A | Dividend | | | Buy (add'l) | 4/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L.. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 5/27/14 | J | A | |
| 172. | | | | | Buy (add'l) | 8/14/14 | J | | |
| 173. | | | | | Sold | 11/10/14 | J | A | |
| 174. -iShares S&P 500 Growth Index | A | Dividend | | | Sold (part) | 4/10/14 | J | A | |
| 175. | | | | | Sold | 4/16/14 | J | A | |
| 176. -iShares S&P MidCap 400 Growth Index | A | Dividend | | | Sold (part) | 8/26/14 | J | A | |
| 177. | | | | | Sold | 12/15/14 | J | A | |
| 178. -SPDR S&P MidCap 400 | A | Dividend | | | Sold | 4/16/14 | J | A | |
| 179. -iSharesCore S&P ETF | A | Dividend | | | Sold | 11/10/14 | J | A | |
| 180. -Vanguard FTSE All Wld Ex USSml Cap | A | Dividend | | | Sold | 12/15/14 | J | A | |
| 181. -iShares MSCI Pacific ex#Japan Index | | None | | | Sold | 12/15/14 | J | A | |
| 182. -Vanguard European Stock | A | Dividend | | | Buy (add'l) | 4/10/14 | J | | |
| 183. | | | | | Sold (part) | 5/27/14 | J | A | |
| 184. | | | | | Buy (add'l) | 8/14/14 | J | | |
| 185. | | | | | Sold | 11/10/14 | J | A | |
| 186. -Vanguard Emerging Market | A | Dividend | | | Sold (part) | 4/10/14 | J | A | |
| 187. | | | | | Sold (part) | 5/27/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 15 of 23

Name of Person Reporting

Carman, Mark L.

Date of Report

11/09/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 8/14/14 | J | | |
| 189. | | | | | Sold | 12/16/14 | J | A | |
| 190. -PowerShares DB Commodity Index Tracking Fund | A | Dividend | | | Sold | 4/10/14 | J | A | |
| 191. -Vanguard REIT Index ETF | A | Dividend | | | Sold (part) | 4/15/14 | J | A | |
| 192. | | | | | Sold | 12/15/14 | J | A | |
| 193. -IQ Hedge Multi-Strategy Tracker | A | Dividend | | | Sold | 12/12/14 | J | A | |
| 194. -iShares S&P Core ETF (IJR) | A | Int./Div. | | | Sold | 12/12/14 | J | A | |
| 195. Trust #2 | | | | | | | | | |
| 196. -Schwab Money Market | A | Interest | J | T | | | | | |
| 197. -iShares Barclays Intermediate Credit Bond | A | Interest | J | T | | | | | |
| 198. -iShares Barclays Total US Bond Market | A | Interest | J | T | | | | | |
| 199. -iShares S&P 500 Citigroup Value Index | A | Dividend | J | T | Buy (add'l) | 4/10/14 | J | | |
| 200. | | | | | Sold (part) | 5/27/14 | J | A | |
| 201. | | | | | Buy (add'l) | 8/14/14 | J | | |
| 202. | | | | | Sold (part) | 8/26/14 | J | A | |
| 203. -iShares S&P 500 Growth Index | A | Dividend | J | T | Sold (part) | 4/15/14 | J | A | |
| 204. | A | Dividend | | | Buy (add'l) | 8/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. iShares MidCap 400 Growth | A | Dividend | J | T | Sold (part) | 4/15/14 | J | A | |
| 206. | | | | | Buy (add'l) | 8/14/14 | J | | |
| 207. -SPDR S&P MidCap 400 | A | Dividend | | | Sold | 8/15/14 | J | A | |
| 208. -iShares S&P SmallCap 600 Citigroup Growth Ind | A | Dividend | J | T | Sold (part) | 5/27/14 | J | A | |
| 209. | | | | | Buy (add'l) | 8/14/14 | J | | |
| 210. IShares MSCI Pacific Japan Index | A | Dividend | J | T | Buy (add'l) | 4/10/14 | J | | |
| 211. | | | | | Sold (part) | 5/27/14 | J | A | |
| 212. | | | | | Buy (add'l) | 8/14/14 | J | | |
| 213. -Vanguard FTSE All Wld Ex USSml Cap | A | Dividend | J | T | Sold (part) | 4/10/14 | J | A | |
| 214. | | | | | Sold (part) | 8/15/14 | J | A | |
| 215. -Vanguard European Stock | A | Dividend | J | T | Buy (add'l) | 4/10/14 | J | | |
| 216. | | | | | Sold (part) | 5/27/14 | J | | |
| 217. | | | | | Buy (add'l) | 8/14/14 | J | | |
| 218. -Vanguard Emerging Market | A | Dividend | J | T | Sold (part) | 4/15/14 | J | A | |
| 219. | | | | | Buy (add'l) | 8/14/14 | J | | |
| 220. -Vanguard REIT Index ETF | A | Dividend | J | T | Sold (part) | 8/15/14 | J | A | |
| 221. Trust #3 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Schwab Money Market | A | Int./Div. | J | T | | | | | |
| 223. -iShares Barclays 1#3 Year Credit Bond (CSJ) | A | Interest | J | T | Sold (part) | 4/10/14 | J | A | |
| 224. -iShares S&P 500 Citigroup Value Index (IVE) | A | Dividend | K | T | Buy (add'l) | 4/10/14 | J | | |
| 225. | | | | | Buy (add'l) | 8/14/14 | J | | |
| 226. | | | | | Sold (part) | 10/9/14 | J | A | |
| 227. -iShares S&P 500 Growth Index (IVW) | A | Dividend | K | T | Sold (part) | 4/10/14 | J | A | |
| 228. | | | | | Buy (add'l) | 8/14/14 | J | | |
| 229. -iShares S&P MidCap 400 Growth Index (IJK) | A | Dividend | J | T | Sold (part) | 4/10/14 | J | A | |
| 230. -SPDR S&P MidCap 400 | A | Dividend | J | T | Sold (part) | 4/10/14 | J | A | |
| 231. -iShares S&P SmallCap 600 Citigroup Growth Inde (IJR) | A | Dividend | J | T | | | | | |
| 232. -Vanguard FTSE All Wld Ex USSml Cap | A | Dividend | J | T | Buy (add'l) | 4/10/14 | J | | |
| 233. -iShares MSCI Pacific ex#Japan Index | A | Dividend | J | T | | | | | |
| 234. -Vanguard European Stock | A | Dividend | K | T | Buy (add'l) | 1/9/14 | J | | |
| 235. | | | | | Buy (add'l) | 4/10/14 | J | | |
| 236. | | | | | Buy (add'l) | 8/14/14 | J | | |
| 237. | | | | | Sold (part) | 8/26/14 | J | A | |
| 238. | | | | | Buy (add'l) | 10/9/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Vanguard Emerging Market | A | Dividend | J | T | | | | | |
| 240. -Vanguard REIT Index ETF | A | Dividend | J | T | | | | | |
| 241. -PowerShares DB Commodity Index | | None | | | Sold | 4/10/14 | J | A | |
| 242. -IQHedge Mult-Strategy Tracker | A | Dividend | J | T | Buy (add'l) | 4/10/14 | J | | |
| 243. | | | | | Buy (add'l) | 8/14/14 | J | | |
| 244. Trust #4 | | | | | | | | | |
| 245. -Schwab Money Market | A | Interest | J | T | | | | | |
| 246. -Powershares High Yield Corp Bond (PHB) | A | Interest | | | Sold | 7/14/14 | J | A | |
| 247. -iShares Barclays 3#7 Yr Treasury Bond (IEI) | A | Interest | J | T | | | | | |
| 248. -iShares Barclays Intermediate Credit Bond (CIU) | A | Interest | J | T | | | | | |
| 249. -Vanguard Mortagebacked Securities Index ETF (VMBS) | A | Dividend | J | T | | | | | |
| 250. -iShares Dow Jones US Home Construction | A | Dividend | J | T | Buy (add'l) | 2/11/14 | J | | |
| 251. | | | | | Sold (part) | 10/9/14 | J | A | |
| 252. -Vanguard Telecommunications Sector I (VOX) | A | Dividend | J | T | | | | | |
| 253. -First Trust Materials Alphadex (FXZ) | A | Int./Div. | J | T | Sold (part) | 7/9/14 | J | A | |
| 254. -SPDR Consumer Staples Select Sector (XLP) | A | Dividend | J | T | Sold (part) | 4/10/14 | J | A | |
| 255. -SPDR Health Care Select Sector (XLV) | A | Dividend | J | T | Sold (part) | 10/9/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 4/10/14 | J | | |
| 257. -SPDR Consumer Discretionary Select Sector (XLY) | A | Dividend | J | T | Sold (part) | 4/10/14 | J | A | |
| 258. | | | | | Buy (add'l) | 10/9/14 | J | | |
| 259. -SPDR Energy Select Sector (XLE) | A | Dividend | J | T | Sold (part) | 10/9/14 | J | A | |
| 260. -Guggenheim ETF (RYF) | A | Dividend | J | T | | | | | |
| 261. -SPDR Industrial Select Sector (XLI) | A | Dividend | J | T | Sold (part) | 1/9/14 | J | A | |
| 262. | | | | | Sold (part) | 4/10/14 | J | A | |
| 263. -iShares Goldman Sachs Technology Index (IGM) | A | Dividend | J | T | Sold (part) | 4/10/14 | J | A | |
| 264. | | | | | Buy (add'l) | 4/24/14 | J | | |
| 265. | | | | | Sold (part) | 7/9/14 | J | A | |
| 266. -iShares S&P MidCap 400 Growth Index (IJT) | A | Dividend | J | T | | | | | |
| 267. -SPDR S&P MidCap 400 (MDY) | A | Dividend | J | T | Sold (part) | 4/10/14 | J | A | |
| 268. -iShares S&P SmallCap 600 Citigroup Growth Index (IJR) | A | Dividend | J | T | Sold (part) | 7/9/14 | J | A | |
| 269. -iShares MSCI Germany Index | A | Dividend | J | T | Sold (part) | 9/24/14 | J | A | |
| 270. -Vanguard FTSE All Wld Ex USSml Cap (VSS) | A | Dividend | K | T | | | | | |
| 271. -iShares MSCI Canada Index (EWC) | A | Dividend | J | T | | | | | |
| 272. -iShares MSCI EMU Index (EZU) | A | Dividend | J | T | Buy (add'l) | 4/10/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 9/24/14 | J | | |
| 274. -iShares MSCI Pacific ex#Japan (EPP) | A | Dividend | J | T | | | | | |
| 275. -iShares MSCI United Kingdom Index (EWU) | A | Dividend | J | T | Buy (add'l) | 4/10/14 | J | | |
| 276. -Powershares DWA Emer Mkts Momentum (PIE) | A | Dividend | J | T | | | | | |
| 277. -Vanguard Emerging Market (VWO) | A | Dividend | J | T | | | | | |
| 278. -PowerShares DB Commodity Index Tracking Fund | | None | | | Sold | 4/10/14 | J | A | |
| 279. -Vanguard REIT Index ETF (VNQ) | A | Dividend | J | T | | | | | |
| 280. -Wasatch Long/Short | A | Dividend | J | T | Buy (add'l) | 12/29/14 | J | | |
| 281. -AQR N Managed Futures | A | Dividend | J | T | Buy (add'l) | 12/19/14 | J | | |
| 282. -IQ Hedge Multi Strategy Tracker (QAI) | A | Dividend | K | T | Buy (add'l) | 1/9/14 | J | | |
| 283. | | | | | Buy (add'l) | 4/10/14 | J | | |
| 284. | | | | | Sold (part) | 10/9/14 | J | A | |
| 285. -iFirst Trust Dow Jones Internet Index | | None | | | Sold | 4/24/14 | J | A | |
| 286. -iShares Dow Jones US Aerospace & Def (ITA) | A | Distribution | J | T | | | | | |
| 287. -PowerShares Dynamic Media Portfolio (PBS) | A | Distribution | | | Sold | 10/7/14 | J | A | |
| 288. -AQR Diversified Arbitrage I | A | Dividend | J | T | Buy (add'l) | 12/19/14 | J | | |
| 289. -iShares Nasdaq ETF BioTech (IBB) | | None | | | Sold (part) | 2/11/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 3/21/14 | J | A | |
| 291. -SPDR S&P Insurance ETF | | None | | | Sold | 1/21/14 | J | A | |
| 292. -IShares Semiconductor (SOXX) | A | Dividend | J | T | Buy | 1/21/14 | J | | |
| 293. -IShares Regional Bank (IAT) | A | Dividend | J | T | Buy | 1/21/14 | J | | |
| 294. | | | | | | | | | |
| 295. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 11/09/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 21: CDK Global was formerly known as Auto Data Processing as shown in line 14.

Line 35: Halyard Health was a spin off from Kimberly Clark as shown in line 47.

Line 45: Juniper was originally listed by mistake. It was not an investiment owned during 2014.

Investments listed in prior 2013 report including: Line 26; Johnson & Johnson
Line 35; Peabody Energy Corp
Line 44: iShares Russell 2000 Value Index
Line 45: iShares S&P SmallCap 600 Index
Line 321: iShares S&P SmallCap 600 Index
These positions were not owned at beginning of 2013 reporting period. They were apparently sold prior to January 1, 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark L. Carman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544